ROBERT BOWMAN, Bar No. 232388
rbowman@bowmanandassoc.com
LAW OFFICES OF BOWMAN & ASSOCIATES
3230 Ramos Circle
Sacramento, CA 95827
Telephone     (916) 923-2800
Fax No.       (916) 358-8689

Attorneys for Plaintiff
ROY GARCIA


BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
SIMERDIP KHANGURA, Bar No. 272525
skhangura@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone:    916.830.7200
Fax No.       916.561.0828

Attorneys for Defendant
KRATOS DEFENSE SOLUTIONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY GARCIA,<br><br>            Plaintiff,<br><br>v.<br><br>KRATOS DEFENSE SOLUTIONS AND DOES 1 THOROUGH 100, INCLUSIVE,<br><br>            Defendant. | Case No. 2:17-CV-01202-TLN-EFB<br><br>**STIPULATION EXTENDING DISCOVERY DATES AND ORDER**<br><br>Complaint Filed:   February 23, 2017 |

Plaintiff Roy Garcia (hereinafter "Garcia" or "Plaintiff") and Defendant Kratos Defense & Security Solutions, Inc. (hereinafter "Kratos" or "Defendant") by and through their respective counsel, have worked to accommodate each other regarding the scheduling of depositions in this matter. The current non-expert discovery cut-off in this matter is May 31, 2018; however, the Parties have agreed to allow the deposition of Eric Demarco (CEO for Defendant) to proceed on June 22, 2018.

Additionally, Plaintiff served a Supplemental Request for Production of Documents, Set 2, on Defendant, which requires Defendant to engage in e-discovery. The Parties are in the process of meeting and conferring regarding the scope of the e-discovery. The Parties have agreed that Defendant's responses are due June 8, 2018, instead of May 24, 2018.

Accordingly, the Parties hereby stipulate to extend discovery cut-off as it pertains only to Mr. Demarco's deposition and Defendant's responses to Plaintiff's Supplemental Request for Production of Documents, Set 2, to July 16, 2018 (allowing the Parties some additional time in case there are any other issues that arise that require the Parties to meet and confer).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 29, 2018,  LITTLER MENDELSON, P.C.

By: */s/ Barbara A. Blackburn*
BARBARA A. BLACKBURN
SIMERDIP KHANGURA
Attorneys for Defendant
KRATOS DEFENSE SOLUTIONS

Dated: May 29, 2018,  LAW OFFICES OF BOWMAN & ASSOC.

By: */s/ Robert Bowman*
ROBERT BOWMAN
Attorneys for Defendant
KRATOS DEFENSE SOLUTIONS

PURSUANT TO STIPULATION, IT IS SO ORDERED.
DATED: May 30, 2018

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

2.  Case No. 2:17-CV-01202-TLN-EFB
STIPULATION EXTENDING DISCOVERY DATES AND ORDER