BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
SIMERDIP KHANGURA, Bar No. 272525
skhangura@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No. 916.561.0828

Attorneys for Defendant
KRATOS DEFENSE SOLUTIONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>KRATOS DEFENSE SOLUTIONS AND DOES 1 THOROUGH 100, INCLUSIVE,<br><br>Defendant. | Case No. 2:17-CV-01202-TLN-EFB<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>Date: November 15, 2018<br>Time: 2:00 p.m.<br>Ctrm.: 2, 15th Floor<br>Judge: Hon. Troy L. Nunley<br><br>Trial Date: April 29, 2019<br>Complaint Filed: February 23, 2017 |

The Court, having considered Defendant Kratos Defense & Security Solutions, Inc.'s ("Defendant") (erroneously sued as Kratos Defense Solutions) Request to Seal Documents in Support of Motion for Summary Judgment or, Alternatively, Partial Summary Judgment, pursuant to the United States District Court, Eastern District of California Local Rule 141, the Stipulated Protective Order on file herein [Dkt. No. 15], and all other papers submitted in support thereof and in opposition thereto,

IT IS HEREBY ORDERED that Defendant's Request to Seal is **GRANTED.** The following documents contain private, confidential, and proprietary business information, the public disclosure of which would be detrimental to Defendant's competitive interests and/or the privacy rights of its customers, the Court finds that there are compelling reasons to grant the request and seal the documents:

- Exhibit A to Eric DeMarco and Steven Fendley's respective declarations filed in support of Defendant's MSJ (Kratos000477-Kratos000482);
- Exhibit A to Michael Brown's declaration filed in support of Defendant's MSJ (Kratos000382-Kratos000386); and
- Exhibit A to Laurie Baker's declaration filed in support of Defendant's MSJ (Kratos000393-Kratos000394).

**IT IS SO ORDERED.**

Dated: October 22, 2018

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

2. Case No. 2:17-CV-01202-TLN-EFB
ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF SUMMARY JUDGMENT